DAVID D. MESA State Bar No. 257488
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699
Email: dmesa@steptoe.com

Attorneys for Defendant
ULTA BEAUTY INC. a/k/a ULTA SALON,
COSMETICS & FRAGRANCE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01791 WBS KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)** |

THIS MATTER is before the Court on consideration of the stipulation between the parties to extend Defendants' time to respond to answer, move, or otherwise respond to Plaintiff's initial complaint to and including December 13, 2019. The complaint was served on September 17, 2019 with an initial response date of October 18, 2019. Parties stipulated to extend the response date to November 15, 2019. This is the second request to extend the time to respond. The parties request that the Court extend Defendants' time to respond to Plaintiff's initial complaint to and including December 13, 2019.

-1- Case No.: 2:19-cv-01791
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**IT IS SO ORDERED.**

Dated: November 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE