MICHAEL A. KEOUGH (State Bar No. 327037)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699
Email: mkeough@steptoe.com

Attorneys for Defendant
ULTA BEAUTY INC. a/k/a ULTA SALON,
COSMETICS & FRAGRANCE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01791<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)** |

THIS MATTER is before the Court on consideration of the stipulation between the parties to extend Defendants' time to respond to answer, move, or otherwise respond to Plaintiff's initial complaint to and including January 10, 2020. The complaint was served on September 17, 2019 with an initial response date of October 18, 2019. Parties stipulated to extend the response date to November 15, 2019 with a subsequent extension to December 13, 2019. This is the third request to extend the time to respond. The parties request that the Court extend Defendants' time to respond to Plaintiff's initial complaint to and including January 10, 2020.

**IT IS SO ORDERED.**

**Dated: December 13, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE