| | |
|---|---|
| MICHAEL A. KEOUGH (State Bar No. 327037)<br>STEPTOE & JOHNSON LLP<br>One Market Street<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Telephone: 415.365.6700<br>Facsimile: 415.365.6699<br>Email: mkeough@steptoe.com<br><br>Attorneys for Defendant<br>ULTA BEAUTY INC. a/k/a ULTA SALON,<br>COSMETICS & FRAGRANCE INC. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO. 2:19-cv-01791<br><br>**ORDER GRANTING STIPULATION TO CONTINUE JANUARY 21 INITIAL SCHEDULING CONFERENCE (L.R. 143)**<br><br><br><br>Complaint served: September 17, 2019<br>Current response date: January 10, 2020 |

THIS MATTER is before the Court on consideration of the stipulation between the parties to adjourn the January 21, 2020 Initial Scheduling Conference until after Defendant has responded to Plaintiff's complaint. Currently Defendant's time to respond to answer, move, or otherwise respond to Plaintiff's initial complaint is to and including January 10, 2020. The Initial Scheduling Conference is accordingly CONTINUED to **February 18, 2020, at 1:30 p.m.**

**IT IS SO ORDERED**

**Dated: December 30, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE