| | |
|---|---|
| 1 | MICHAEL A. KEOUGH (State Bar No. 327037)<br>STEPTOE & JOHNSON LLP |
| 2 | One Market Street<br>Spear Tower, Suite 3900 |
| 3 | San Francisco, CA 94105<br>Telephone: 415.365.6700 |
| 4 | Facsimile: 415.365.6699<br>Email: mkeough@steptoe.com |
| 5 | |
| 6 | Attorneys for Defendant<br>ULTA BEAUTY INC. a/k/a ULTA SALON, |
| 7 | COSMETICS & FRAGRANCE INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-01791<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)** |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

THIS MATTER is before the Court on consideration of the stipulation between the parties to extend Defendants' time to respond to answer, move, or otherwise respond to Plaintiff's initial complaint to and including February 7, 2020.  The complaint was served on September 17, 2019 with an initial response date of October 18, 2019.  Parties stipulated to extend the response date to November 15, 2019 with subsequent extensions to December 13, 2019 and January 10, 2020.  This is the fourth request to extend the time to respond.  The parties request that the Court extend Defendants' time to respond to Plaintiff's initial complaint to and including February 7, 2020.  The Scheduling Conference is reset for **March 30, 2020 at 1:30 p.m. in Courtroom 5 (WBS)**.  A joint status report shall be filed no later than **March 16, 2020.**

    **Dated:  January 8, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE