1  MICHAEL A. KEOUGH (State Bar No. 327037)
   STEPTOE & JOHNSON LLP
2  One Market Street
   Spear Tower, Suite 3900
3  San Francisco, CA 94105
   Telephone: 415.365.6700
4  Facsimile: 415.365.6699
   Email: mkeough@steptoe.com
5
   Attorneys for Defendant
6  ULTA BEAUTY INC. a/k/a ULTA SALON,
   COSMETICS & FRAGRANCE INC.
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01791<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)**<br><br><br>Complaint served: September 17, 2019<br>Current response date: February 7, 2020<br>New response date: March 6, 2020 |

-1- Case No.: 2:19-cv-01791
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

THIS MATTER is before the Court on consideration of the stipulation between the parties to extend Defendants' time to respond to answer, move, or otherwise respond to Plaintiff's initial complaint to and including March 6, 2020. The complaint was served on September 17, 2019 with an initial response date of October 18, 2019. Parties stipulated to extend the response date to November 15, 2019 with subsequent extensions to December 13, 2019, January 10, 2020 and February 7, 2020. This is the fifth request to extend the time to respond. The parties request that the Court extend Defendants' time to respond to Plaintiff's initial complaint to and including March 6, 2020.

**IT IS SO ORDERED.**

**Dated: February 7, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE