1  DANIELLE E. VALLONE (State Bar No. 302497)
   STEPTOE & JOHNSON LLP
2  One Market Street
   Spear Tower, Suite 3900
3  San Francisco, CA 94105
   Telephone: 415.365.6700
4  Facsimile: 415.365.6699
   Email: mkeough@steptoe.com
5
   Attorneys for Defendant
6  ULTA BEAUTY INC. a/k/a ULTA SALON,
   COSMETICS & FRAGRANCE INC.
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  VALERIE BROOKS, individually and on        CASE NO. 2:19-cv-01791 WBS KJN
    behalf of all others similarly situated,
12                                             **[PROPOSED] ORDER GRANTING
                 Plaintiff,                    STIPULATION TO EXTEND TIME TO
13                                             RESPOND TO WRITTEN DISCOVERY
          v.                                   AND TO DISCLOSE EXPERTS AND
14                                             PRODUCE REPORTS**
    ULTA BEAUTY INC., a/k/a ULTA
15  SALON, COSMETICS & FRAGRANCE,
    INC., a Delaware corporation; and DOES
16  1 to 10, inclusive,
                                               Complaint served: September 17, 2019
17               Defendants.

18

19

20

21

22

23

24

25

26

27

28
                                    -1-              Case No.: 2:19-cv-01791

1    THIS MATTER is before the Court on consideration of the stipulation between the

2  parties to extend Defendant's time to respond to Special Interrogatories, Requests for

3  Admissions, and Requests for Production of Documents (Sets One) propounded by Plaintiff to

4  November 10, 2020, as well as the stipulation between the parties to extend the deadline to

5  disclose experts and produce reports in accordance with FRCP Rule 26(a)(2) as currently

6  scheduled under the Status (Pretrial Scheduling) Order [Docket Number 22] to November 13,

7  2020.  This is the first request to extend the deadlines to respond to written discovery and to

8  disclose experts and produce reports.

9    Upon consideration of the stipulation, the Court grants the extensions requested.  The

10  Court hereby orders Defendant to respond to written discovery propounded by Plaintiff no later

11  than November 10, 2020, and hereby orders the parties to disclose experts and produce reports in

12  accordance with FRCP Rule 26(a)(2) no later than November 13, 2020.

13    **IT IS SO ORDERED** this 20th day of October, 2020.

14

15

16

17  _____
   KENDALL J. NEWMAN
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN
DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS