DANIELLE E. VALLONE (State Bar No. 302497)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699
Email:  mkeough@steptoe.com

Attorneys for Defendant
ULTA BEAUTY INC. a/k/a ULTA SALON,
COSMETICS & FRAGRANCE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO. 2:19-cv-01791 WBS KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS**<br><br><br>Complaint served:  September 17, 2019 |

THIS MATTER is before the Court on consideration of the stipulation between the parties to extend Defendant's time to respond to Special Interrogatories, Requests for Admissions, and Requests for Production of Documents (Sets One) propounded by Plaintiff to December 10, 2020, as well as the stipulation between the parties to extend the deadline to disclose experts and produce reports in accordance with FRCP Rule 26(a)(2) as currently scheduled under the Status (Pretrial Scheduling) Order [Docket Number 22] to December 14, 2020.  This is the second request to extend the deadlines to respond to written discovery and to disclose experts and produce reports.

Upon consideration of the stipulation, the Court grants the extensions requested.  The Court hereby orders Defendant to respond to written discovery propounded by Plaintiff no later than December 10, 2020, and hereby orders the parties to disclose experts and produce reports in accordance with FRCP Rule 26(a)(2) no later than December 14, 2020.

**IT IS SO ORDERED** this 12th day of November, 2020.

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE