DANIELLE E. VALLONE (State Bar No. 302497)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699
Email:  mkeough@steptoe.com

Attorneys for Defendant
ULTA BEAUTY INC. a/k/a ULTA SALON,
COSMETICS & FRAGRANCE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-01791<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS**<br><br><br>Complaint served:  September 17, 2019 |

-1-   Case No.:  2:19-cv-01791
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS

Doc #   SF/17721977v1

1

2 THIS MATTER is before the Court on consideration of the stipulation between the

3 parties to extend Defendant's time to respond to Plaintiff's Special Interrogatories, Requests for

4 Admissions, and Requests for Production of Documents (Sets One), to January 15, 2021, as well

5 as the stipulation between the parties to extend the deadline to disclose experts and produce

6 reports in accordance with FRCP Rule 26(a)(2) as currently scheduled under the Status (Pretrial

7 Scheduling) Order [Docket Number 22] to January 15, 2021. This is the third request to extend

8

9 the deadlines to respond to written discovery and to disclose experts and produce reports.

10 Upon consideration of the stipulation, the Court grants the extensions requested. The

11 Court hereby orders Defendant to respond to written discovery propounded by Plaintiff no later

12 than January 15, 2021, and hereby orders the parties to disclose experts and produce reports in

13 accordance with FRCP Rule 26(a)(2) no later than January 15, 2021.

14

15 **IT IS SO ORDERED** this 14th day of December, 2020.

16

17

18 _____
KENDALL J. NEWMAN
19 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28
-2-   Case No.: 2:19-cv-01791
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN
DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS

Doc #   SF/17721977v1