1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01791-WBS-KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY AND TO DISCLOSE EXPERTS AND PRODUCE REPORTS**<br><br>Magistrate Judge Kendall J. Newman<br><br>Complaint served: September 17, 2019 |

1  THIS MATTER is before the Court on consideration of the stipulation between the
2  parties to extend Defendant's time to respond to Plaintiff's Special Interrogatories, Requests for
3  Admissions, and Requests for Production of Documents (Sets One), to February 26, 2021, as
4  well as the stipulation between the parties to extend the deadline to disclose experts and produce
5  reports in accordance with FRCP Rule 26(a)(2) as currently scheduled under the Status (Pretrial
6  Scheduling) Order [Docket Number 22] to February 26, 2021.  This is the fourth request to
7  extend the deadlines to respond to written discovery and to disclose experts and produce reports.

8  Upon consideration of the stipulation, the Court grants the extensions requested.  The
9  Court hereby orders Defendant to respond to written discovery propounded by Plaintiff no later
10 than February 26, 2021, and hereby orders the parties to disclose experts and produce reports in
11 accordance with FRCP Rule 26(a)(2) no later than February 26, 2021.

**IT IS SO ORDERED.**

Dated:  January 15, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE