**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY INC., a/k/a ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01791-WBS-KJN<br><br>**ORDER** |

**ORDER**

This matter came before the Court on a Stipulation for Dismissal With Prejudice filed by Plaintiff Valerie Brooks and Defendant Ulta Beauty, Inc. That Stipulation is hereby **GRANTED AS REQUESTED,** and the Court hereby orders that this matter is **DISMISSED WITH PREJUDICE**.

Dated: May 19, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE